IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FIRST CASH, LTD., d/b/a
FIRST CASH ADVANCE,

    Plaintiff,

v.

FIRSTCASHADVANCE.COM,

    Defendant.

Civil Action No. 09-464

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 27, 2009. There have been no objections filed to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby,

ORDERED that CT Corporation System shall forthwith transfer the domain name FIRSTCASHADVANCE.COM to Plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(1).

/s/
                                    Claude M. Hilton
                                    United States District Judge

Alexandria, Virginia
December  22 , 2009